STEVEN J. OLSON (S.B. #182240)
solson@omm.com
JONATHAN P. SCHNELLER (S.B. #291288)
jschneller@omm.com
MATTHEW R. COWAN (S.B. #281114)
mcowan@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Suite 1900
Los Angeles, California 90071-2811
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

*Attorneys for Plaintiffs*
BYD Motors LLC and BYD America LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BYD Motors LLC et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE a/k/a UNITED STATES DEPARTMENT OF WAR et al.,<br><br>Defendants. | Case No. 2:26-cv-11173-AH(DTBx)<br><br>**ORDER [16]**<br><br>Judge: Hon. Anne Hwang |

**ORDER**

The Court sets the following schedule for BYD's Motion:

- November 12, 2026: Defendants' opposition due;
- November 20, 2026; BYD's reply due;
- December 9, 2026: Hearing and oral argument

IT IS SO ORDERED.

DATED: OCTOBER 28, 2026

Hon. Anne Hwang
United States District Judge